IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEBORAH JEANE PALFREY )<br>)<br>Defendant. )<br>)<br>AMERICAN BROADCASTING )<br>COMPANIES, INC. d/b/a ABC NEWS )<br>)<br>Non-Party Movant )<br>) | Misc. Action No. _____<br><br>(Hon. James Robertson)<br><br>**FILED UNDER SEAL** |

### NON-PARTY AMERICAN BROADCASTING COMPANIES, INC.'S MOTION TO FILE MISCELLANEOUS ACTION UNDER SEAL

Non-Party American Broadcasting Companies, Inc., d/b/a ABC News (hereafter "ABC News"), through undersigned counsel, respectfully moves this Court for leave to file under seal its Motion to Quash Subpoena *Duces Tecum* and supporting Memorandum of Law. In support of this motion, ABC News states as follows:

(1) On November 13, 2007, this Court issued a sealed Memorandum and Order granting leave to Defendant Deborah Jeane Palfrey to issue Rule 17(c) subpoenas to, *inter alia*, ABC News. The November 13 sealed Order was prompted by an *ex parte* motion filed by Ms. Palfrey seeking leave to issue such subpoenas. According to Ms. Palfrey's counsel, the government has not been made aware of the filing of the *ex parte* application or this Court's sealed Order.

(2)  The subpoena to ABC News is improper, and must be quashed for the reasons stated in ABC News's Memorandum of Law.  ABC News seeks leave to file its motion to quash under seal so as to preserve the confidentiality of this Court's November 13 Order.

(3)  Nevertheless, ABC News respectfully submits that no reasonable basis exists for the sealing of Ms. Palrey's subpoena, and asks that the subpoena and all associated papers (including this motion) be unsealed at the earliest possible opportunity.  *See, e.g., United States v. Dixon*, 486 F. Supp. 2d 40, 47 n.8 (D.D.C. 2007) ("[B]ecause the issues presented by the defendant's *ex parte* Rule 17(c) motion are largely matters of first impression in this jurisdiction, the Court directed the defendant to show cause by May 4, 2007, why the contents of his requested Rule 17(c) subpoena should remain *ex parte*, and why this Memorandum Opinion should not be made available for publication.  After considering the defendant's response, the Court concludes that it was unnecessary in this instance for the defendant to file his Rule 17(c) application *ex parte*.  Accordingly, as set forth in the accompanying May 10, 2007 Order, the Court is now making this Opinion available for publication.").

(4)  Ms. Palfrey's trial, her subpoena to ABC News, and any rulings this Court issues on the motion to quash are all matters of substantial public concern.  In addition, as in *Dixon*, ABC News's motion to quash addresses legal issues that are of interest to the bar, including issues relating to the standards governing enforcement of Rule 17(c) subpoenas, as well as the protections afforded to the press by the reporter's privilege under the First Amendment and federal common law.  This Court's ruling on those matters should be made available for the benefit of future courts and litigants.

WHEREFORE, ABC News respectfully requests permission to file its Motion to Quash and accompanying Memorandum of Law under seal, and further requests that the Court unseal these matters at the earliest possible opportunity.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP


        /s/ Kevin T. Baine
        Kevin T. Baine (No. 238600)
        Kevin Hardy (No. 473941)
        Carl R. Metz (No. 490633)

        725 Twelfth Street, N.W.
        Washington, DC  20005
        (202) 434-5000
        (202) 434-5029 (facsimile)

        *Attorneys for Non-Party Movant*
          *American Broadcasting Companies, Inc.*

Henry S. Hoberman
ABC, Inc.
77 W. 66th Street
New York, NY  10023
(212) 456-6371
(212) 456-6565 (facsimile)

*Of Counsel*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEBORAH JEANE PALFREY )<br>)<br>Defendant. )<br>)<br>AMERICAN BROADCASTING )<br>COMPANIES, INC. d/b/a ABC NEWS )<br>)<br>Non-Party Movant ) | Misc. Action No. _____<br><br>(Hon. James Robertson)<br><br>**FILED UNDER SEAL** |

## ORDER

Upon consideration of Non-Party American Broadcasting Companies Inc.'s Motion to File Miscellaneous Action Under Seal, **IT IS HEREBY ORDERED**:

That the Motion is **GRANTED** and that American Broadcasting Companies, Inc.'s Motion to Quash Subpoena *Duces Tecum* and Memorandum of Law in Support are **SEALED** until further notice of this Court.

_____
Hon. James Robertson

Dated: _____

Copies to:

| | |
|---|---|
| Kevin T. Baine, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>*Attorney for Non-Party Movant* | Montgomery Blair Sibley, Esq.<br>Law Offices of Montgomery Blair Sibley<br>1629 K Street, Suite 300<br>Washington, D.C. 20006<br><br>*Attorney for Defendant-Respondent* |