IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEBORAH JEANE PALFREY )<br>)<br>Defendant. )<br>)<br>AMERICAN BROADCASTING )<br>COMPANIES, INC. d/b/a ABC NEWS )<br>)<br>Non-Party Movant ) | Misc. Action No. 1:07-mc-00561<br><br>(Hon. James Robertson) |

**CONSENT MOTION TO UNSEAL**

Non-Party American Broadcasting Companies, Inc., d/b/a ABC News (hereafter "ABC News"), through undersigned counsel, respectfully moves this Court for an Order unsealing this miscellaneous action and all associated papers filed with the court. In support of this motion, ABC News states as follows:

(1) On November 13, 2007, this Court issued a sealed Memorandum and Order (the "November 13 Order") granting leave to Defendant Deborah Jeane Palfrey to issue Rule 17(c) subpoenas to, *inter alia*, ABC News. The November 13 Order was precipitated by an *ex parte* motion filed by Ms. Palfrey seeking leave to issue such subpoenas.

(2) On December 14, 2007, ABC News filed the instant miscellaneous action together with a motion to quash Ms. Palfrey's subpoena. ABC News filed its motion under seal so as to preserve the confidentiality of the November 13 Order, but stated in support of its motion to seal that it believed the matter should be unsealed as expeditiously as possible.

(3)  On December 18, 2007, Ms. Palfrey publicly-filed a copy of the November 13 Order as an exhibit to her motion to dismiss the indictment.  *See* Mot. to Dismiss [Dkt. # 225], *United States v. Palfrey*, No. 1:07-cr-00046-JR-1 (Dec. 18, 2007).

(4)  On December 29, 2007, Ms. Palfrey publicly-filed her Opposition to ABC News's motion to quash.  *See* Notice of Filing of Opp. to ABC News Mot. to Quash and Request for Oral Argument [Dkt. # 236], *United States v. Palfrey*, No. 1:07-cr-00046-JR-1 (Dec. 29, 2007).  In that filing, Ms. Palfrey agreed with ABC News that the matter should no longer be sealed.  *Id.*

(5)  Ms. Palfrey, through her counsel, has been informed of this motion, and consents to the relief it seeks.

WHEREFORE, ABC News respectfully requests that this Court enter an Order unsealing this miscellaneous action and all associated papers filed with the Court.

                                        Respectfully submitted,

                                        WILLIAMS & CONNOLLY LLP


                                        _____/s/_____
                                        Kevin T. Baine (No. 238600)
                                        Kevin Hardy (No. 473941)
                                        Carl R. Metz (No. 490633)

                                        725 Twelfth Street, N.W.
                                        Washington, DC  20005
                                        (202) 434-5000
                                        (202) 434-5029 (facsimile)

                                        *Attorneys for Non-Party Movant*
                                           *American Broadcasting Companies, Inc.*

Henry S. Hoberman
ABC, Inc.
77 W. 66th Street
New York, NY  10023
(212) 456-6371
(212) 456-6565 (facsimile)

*Of Counsel*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 2nd day of January, 2008, copies of the foregoing CONSENT MOTION TO UNSEAL were served by First Class Mail upon the Defendant, Deborah Jeane Palfrey, through her counsel of record at the following address:

  Montgomery Blair Sibley, Esq.
  Law Offices of Montgomery Blair Sibley
  1629 K Street, Suite 300
  Washington, D.C. 20006

            /s/
           Carl R. Metz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Misc. Action No. 1:07-mc-00561 |
| v. ) | |
| ) | (Hon. James Robertson) |
| DEBORAH JEANE PALFREY ) | |
| ) | |
| Defendant. ) | |
| ) | |
| AMERICAN BROADCASTING ) | |
| COMPANIES, INC. d/b/a ABC NEWS ) | |
| ) | |
| Non-Party Movant ) | |

## **ORDER**

Upon consideration of Non-Party American Broadcasting Companies Inc.'s Consent Motion to Unseal, **IT IS HEREBY ORDERED**:

That the Motion is **GRANTED** and that this miscellaneous action and all associated papers filed with the Court are **UNSEALED**.

_____
Hon. James Robertson

Dated: _____

Copies to:

| Kevin T. Baine, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>*Attorney for Non-Party Movant* | Montgomery Blair Sibley, Esq.<br>Law Offices of Montgomery Blair Sibley<br>1629 K Street, Suite 300<br>Washington, D.C. 20006<br><br>*Attorney for Defendant-Respondent* |
|---|---|