IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

)
)
UNITED STATES OF AMERICA )
)   Misc. Action No. 1:07-mc-00561 (JR)
v. )
)
DEBORAH JEANE PALFREY )
)
Defendant. )
)
AMERICAN BROADCASTING )
COMPANIES, INC. d/b/a ABC NEWS )
)
Non-Party Movant )
)

## ORDER

Upon consideration of Non-Party American Broadcasting Companies Inc.'s Consent Motion to Unseal, **IT IS HEREBY ORDERED**:

That the Motion is **GRANTED** and that this miscellaneous action and all associated papers filed with the Court are **UNSEALED**.

Dated: 1/11/08

_____
James Robertson
United States District Judge

Copies to:

| Kevin T. Baine, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>*Attorney for Non-Party Movant* | Montgomery Blair Sibley, Esq.<br>Law Offices of Montgomery Blair Sibley<br>1629 K Street, Suite 300<br>Washington, D.C. 20006<br><br>*Attorney for Defendant-Respondent* |